**Order entered April 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01014-CV**

**ADA RENEE LAWRENCE, INDIVIDUALLY, ET AL., Appellants**

**V.**

**STEWART CREEK VILLAS LP, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04308-2016**

**ORDER**

Before the Court is appellants' April 13, 2020 motion for an extension of time to file a response to appellees' joint motion to dismiss the appeal and appellees' response to the motion. We **GRANT** the motion and extend the time to **May 15, 2020**.

In their response to the motion, appellees request an extension of time to file their respective briefs on the merits. We **GRANT** the request and extend the time to **June 15, 2020**.

/s/ KEN MOLBERG
JUSTICE